No. 247. EX PARTE MARÍN, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company en diciembre 23, 1912. Resuelto en febrero

10, 1913.   Aprobada la fianza.   El peticionario compareció en nombre propio.